```
              UNITED STATES DISTRICT COURT FOR THE
                   DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>

       v.                               Criminal No. 09-cr-27-01-JL

<u>Douglas M. Johnson</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 13) filed by defendant is granted in part.  The continuance is limited to 30 days.

Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                                  <u>***/s/Joseph N. Laplante***</u>
                                                  Joseph N. Laplante
                                                  United States District Judge

Date:  May 29, 2009

cc: John T. Pendleton
    Debra M. Walsh
    U.S. Marshal
    U.S. Probation